AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**FILED**

2013 MAY 15  P 12: 05

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| Ber Deitsch, Sholom, as personal represenative for the Estate of Ben-Yosef Livnat, Rivka Livnat, Noam Livnat, Shira Livnat et al. <br><br> *Plaintiff(s)* <br> v. <br><br> The Palestinian Authority (a/k/a The Palestinian Interim Self-Government Authority) <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:13-cv-498 GBL/TCB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Palestinian Authority
7814 Montvale Way
McLean, VA 22102-2027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joy L. Langford, Esq.
Chadbourne & Parke, LLP
1200 New Hampshire Avenue, N.W.
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 2, 2013

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:13-cv-498 GBL/TCB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____    _____
                                    *Server's signature*

                            _____
                                    *Printed name and title*

                            _____
                                    *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Rivka Livnat, et al. | ) |
| | ) |
| **Plaintiff** | ) Case No.: 1:13-cv-498 GBL/TCB |
| v. | ) |
| The Palestinian Authority (a/k/a The Palestinian Interim Self-Government Authority) | ) |
| **Defendant** | ) |

## AFFIDAVIT OF SERVICE

I, David S. Felter, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, Notice and Complaint in the above entitled case.

That I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

That on May 15, 2013 at 7:59 AM, I served The Palestinian Authority c/o Maen Areikat with the Summons, Civil Cover Sheet, Notice and Complaint at 7814 Montvale Way, McLean, Virginia 22102-2027 by serving Maen Areikat .

Maen Areikat is described herein:
Gender: Male   Race/Skin: White   Hair: Gray   Age: 55   Height: 6'1"   Weight: 180

I do solemnly declare and affirm under penalty of perjury that the information set forth herein is correct to the best of my knowledge, information and belief.

_David S. Felter_
David S. Felter
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

Subscribed and sworn to before me, a notary public, on this __15th__ day of __May__, 2013.

_Angela H. Closon_
Notary Public           My Commission Expires: 03-31-14

ID: 13-091037                                                                                                           Client Reference: N/A